UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELI MARTINEZ, and all others similarly situated under 29 U.S.C. 216(B),

Plaintiff,

vs.

PRIME HOTELS USA, LLC
DANILO PRIMERANO

Defendants.

Case No.: 10-23909-CIV-SEITZ/O'SULLIVAN

**MOTION FOR RULING THAT DEFENDANT DANILO PRIMERANO HAS WAIVED SERVICE DEFENSE OR; ALTERNATIVELY FOR AN ENLARGEMENT TO SERVE DEFENDANT DANILO PRIMERANO NUNC PRO TUNC**

**COMES NOW** the Plaintiff, through counsel, and hereby files this Motion as follows:

## INTRODUCTION

1. This matter sounds under the Fair Labor Standards Act.
2. The Court's Order required that a motion for enlargement be filed if all Defendants were not served by 12/22/10.
3. As indicated by the docket [DE 8 and 9], Defendants on 11/23/10 filed a notice of general appearance on behalf of both the corporate Defendant and the individual Defendant Danilo Primerano. The docket does not note a special appearance as to Defendant Danilo Primerano.
4. Thereafter, Defendants moved for an enlargement as to both the corporate Defendant and the individual Defendant Danilo Primerano to respond to the Complaint [DE 11 and 12].

5. Thereafter, the Court granted the enlargement as to both Defendants.

6. The individual Defendant Danilo Primerano now challenges service of process.

7. Based on the aforesaid, Plaintiff did not previously believe a motion to enlarge was necessary.

**MEMORANDUM OF LAW**

A general appearance waives all questions regarding service of process. *Creighton v. Kerr*, 87 U.S. 8, 12 (1874). *See also*, *In Re: Worldwide Web Systems, Inc. v. Feltman*, 328 F.3d 1291, 1299-1300 (11th Cir. 2003). *See, Marsh v. The State of Florida Department of Children and Families*, 2006 U.S. Dist. LEXIS 12957, (M.D. Fla. 2006). A special appearance was not entered as to Defendant Danilo Primerano, and a Motion for extension to respond to the complaint and statement of claim was granted as to the Defendants including Defendant Danilo Primerano [DE 13]. *See also, Opella v. Bayview Loan Servicing*, LLC, 2010 Fla. App. LEXIS 17999, *4 (Fla. 3rd DCA 2010).

Under FRCP Rule 4(m), the Plaintiff has 120 days after filing the Complaint to serve Defendants, unless good cause is otherwise shown. Plaintiff believes Defendants have waived service. By the view of the docket, it did not appear that a motion for enlargement to serve was necessary, and therefore a lack of diligence is not present. There is good cause for an extension if necessary. A JSR has not yet been filed so this motion should not impact the Court's scheduling order. *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). Thus,

if the Court will not find Defendants' service of process argument waived, Plaintiff asks until 2/25/11 to serve (the expiration of the 120 period).[1]

The Plaintiff acknowledges case law such as *Astorga v. Rara Avis Corp*., 2008 U.S. Dist. LEXIS 46402, *3-4 (S.D. Fla. 2008), wherein this Court found that an enlargement motion did not waive the service of process defense. However, *Astorga* was different in that it dealt with a default proceeding. In the instant matter, this Court granted an extension [DE 13] as to both "Defendants" pursuant to Defendants "duplicate" motions, and the enlargement was through 12/21/10 and 12/27/10. It does not appear Defendants filed any subsequent paper in response alleging answers were not necessary due to service of process issues as to the individual Defendant. It seems Defendants should have in their enlargement motions requested that the Court rule that the individual Defendant Danilo Primerano was excused from answering pending service.

**WHEREFORE** THE PLAINTIFF REQUESTS THE COURT TO FIND THAT DEFENDANT DANILO PRIMERANO HAS WAIVED ANY SERVICE OF PROCESS DEFENSE, AND TO ORDER DEFENDANT DANILO PRIMERANO TO ANSWER THE COMPLAINT WITHIN (7) DAYS. ALTERNATIVELY, PLAINTIFF SEEKS AN ENLARGEMENT UNTIL 2/25/11 TO SERVE DEFENDANT DANILO PRIMERANO.

**CERTIFICATE OF CONFERRAL**

Defense counsel Joseph Maxwell Winsby opposes this Motion.

[1] The undersigned spoke with process server Perry Parang on or about 1/3/11, and Mr. Parang indicated the service address is being remodeled and efforts will continue if necessary to serve Defendant Primerano at such address.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**

**BY:_______/s/ K. David Kelly__________________**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 1/5/11 TO:**

**ALL CM/ECF RECIPIENTS**

**JOSEPH MAXWELL WINSBY, ESQ.**
**GAEBE, MULLEN, ANTONELLI & DIMATTEO**
**ATTORNEYS FOR DEFENDANTS**
**420 SOUTH DIXIE HIGHWAY, THIRD FLOOR**
**CORAL GABLES, FL 33146**
**FAX: 305.284.9844**

**BY:__ /S/ K. DAVID KELLY ______________________**
**K. DAVID KELLY, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELI MARTINEZ, and all others similarly situated under 29 U.S.C. 216(B),

Plaintiff,

vs.

PRIME HOTELS USA, LLC
DANILO PRIMERANO

Defendants.

Case No.: 10-23909-CIV-SEITZ/O'SULLIVAN

**ORDER GRANTING MOTION FOR RULING THAT DEFENDANT DANILO PRIMERANO HAS WAIVED SERVICE DEFENSE OR; ALTERNATIVELY FOR AN ENLARGEMENT TO SERVE DEFENDANT DANILO PRIMERANO NUNC PRO TUNC**

This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said Motion is granted and therefore:

______________________________________________________________________

______________________________________________________________________

_____________________________________________.

DONE AND ORDERED in chambers in Miami-Dade, Florida, on this _______ day of _________________, 20___.

______________________________
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record